IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01775-RPM

AGILE SUPPLY CHAIN STRATEGIES LC, a Utah limited liability company,

    Plaintiff,

v.

GAIAM, INC., a Colorado corporation,

    Defendant.

---

## ORDER FOR DISMISSAL

---

    Pursuant to the Stipulation for Dismissal with Prejudice, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

    Dated:   April 8th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge